UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ANTHONY SCHWENDINGER,

    Plaintiff

v

MERCY MEDICAL CENTER-CLINTON, INC., et al.,

    Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:13-cv-39

○ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

⦿ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Counts I, II, and III of plaintiff Anthony Schwendinger's complaint are dismissed with prejudice; that supplemental subject matter jurisdiction over Counts IV through X is declined; and that Counts IV through X of the complaint are dismissed without prejudice.

Date: September 30, 2013

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk